UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RAPHAEL ROCCO, | Case No. 3:25-cv-00586-MMD-CSD |
| Plaintiff, | ORDER |
| v. | |
| TERRY ROYAL, *et al.*, | |
| Defendants. | |

*Pro se* Plaintiff Raphael Rocco filed a motion to dismiss this action, arguing that it was erroneously filed and that he did not intend to file duplicative lawsuits, referencing his earlier-filed Case No. 3:25-cv-00581-ART-CLB. (ECF No. 3.) Plaintiff's motion is construed as a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing this action. Voluntary dismissals do not require a court order when, like here, no party has served "either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A)(i).

It is therefore ordered that the motion to dismiss (ECF No. 3) is construed as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i), and this action is dismissed without prejudice.

DATED THIS 4th Day of March 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE